UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

MAY 1 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STACY N. DAVENPORT, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Case No. 07-cv-56 (RJL) |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendants. ) | |

**ORDER**
(May _15_, 2007)

Plaintiff filed this civil action on January 10, 2007, however, itt does not appear from the record that service has been effected. "If service of the summons and complaint is not made upon a defendant within 120 days after the filing of the complaint, the court, upon motion or on its own initiative after notice to the plaintiff, shall dismiss the action without prejudice . . . or direct that service be effected within a specified time; provided that if the plaintiff shows good cause for the failure, the court shall extend the time for service for an appropriate period." Fed. R. Civ. P. 4 (m). The 120-day period having run, it is

**ORDERED** that plaintiff shall show cause within 30 days of this Order why this action should not be dismissed. If plaintiff does not file a response by that date, the Court will dismiss the case pursuant to Fed. R. Civ. P. 4(m).

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge