IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STACY N. DAVENPORT, | ) |
| SHARON L. DUBBLE DAVENPORT, | ) |
| Plaintiffs, | ) No. 1:07-cv-00056 (RJL) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF APPEARANCE

PLEASE ENTER my appearance as trial counsel on behalf of the United States in the above-captioned case.

DATE:   June 4, 2007

                                              Respectfully submitted,

                                              /s/ Beatriz T. Saiz
                                              BEATRIZ T. SAIZ
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              P.O. Box 227
                                              Washington, D.C.  20044
                                              Telephone:  (202) 307-6585

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

## **CERTIFICATE OF SERVICE**

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on June 4, 2007, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Stacy N. Davenport
>Sharon Dubble Davenport
>16439 Pottsville Pike
>Hamburg, PA 19526

>/s/ Beatriz T. Saiz
>BEATRIZ T. SAIZ