AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### District of Columbia

STACY N. DAVENPORT,
V.                    ET AL

U.S. GOVERNMENT

SUMMONS IN A CIVIL CASE

CASE

CASE NUMBER 1:07CV00056

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 01/10/2007

TO: (Name and address of Defendant)

U.S. ATTORNEY GENERAL
D.O.J.
950 PENNSYLVANIA AVE. NW
WASHINGTON, D.C. 20530

**RECEIVED**

JUN 5 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

YOU ARE HEREBY SUMMONED and required to serve on PLAINTIFF'S PRO SE (name and address)

STACY N. DAVENPORT
SHARON L. DUBBLE DAVENPORT
16439 POTTSVILLE PIKE
HAMBURG, PA. 19526

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
CLERK

JAN 10 2007
DATE

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P. The date of service upon the United States Government as evidenced by the attached Postal green cards is Feb 05-07 _____. The cost of the mailing is $ 8.31

Certified mail # 7006 0810 0001 4363 4799 ,

to:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

    I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____     6/1/07
Signature                   Date

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>FEB 05/07 |
| 1. Article Addressed to:<br><br>Alberto Gonzales<br>U.S. Attorney General<br>Civil Process Clerk<br>950 PA Ave<br>Washington, DC 20530 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered  ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 0810 0001 4363 4799 |

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540



U.S. Postal Service™
CERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)
For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage $
Certified Fee
Return Receipt Fee (Endorsement Required)
Restricted Delivery Fee (Endorsement Required)
Total Postage & Fees $

Sent To: US Attorney Alberto Gonzales - Process Clerk
Street, Apt. No.; or PO Box No.: 950 PA Ave
City, State, ZIP+4: Washington, DC 20530

7006 0810 0001 4363 4799

PS Form 3800, June 2002     See Reverse for Instructions