AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

*Stacy N. Davenport, et al*

V.

*U. S. Government*

**SUMMONS IN A CIVIL CASE**

CASE NUMBER  1:07CV00056

JUDGE: Richard J. Leon

DECK TYPE: Pro se General Civil

DATE STAMP: 01/⬛/2007

**RECEIVED**

JUN 5 — 2007

~~~~~~~~~~~~~~~~~ ~~~~~~~~NGTON, CLERK

TO: (Name and address of Defendant)

U.S. ATTORNEY
501 3RD. ST. N.W.
WASHINGTON, D.C. 20001

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *PRO SE* ⬛⬛⬛ (name and address)

*Stacy N. Davenport*
*Sharon L. Dubble Davenport*
*16439 Pottsville Pike*
*Hamburg, PA. 19526*

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY MAYER-WHITTINGTON**

CLERK

JAN 1 0 2007

DATE

(By) DEPUTY CLERK

## AFFIDAVIT OF SERVICE

The United States Government was served by placing the attached summons and a copy of the complaint in an envelope and sending by certified mail return receipt requested (copy attached) pursuant to Rule 4(i)(1) Fed. R. Civ. P.  The date of service upon the United States Government as evidenced by the attached Postal green cards is _Feb 05 07_ _____.  The cost of the mailing is $ __8.31__

Certified mail # _7006 0810 0001 4363 4782_

to:

Civil Process Clerk
Jeffery A Taylor
United States Attorney
District of Columbia
950 Pennsylvania Avenue
Suite 2229
Washington, DC 90530

     I declare under penalty of perjury under the laws of the United States of America that I am not a party to the above entitled action and that the foregoing information contained in this affidavit of Service and Statement of Service Fees is true and correct.

_____            __6/1/07_____
Signature                                              Date

```
            HAMBURG MAIN PO
        HAMBURG, Pennsylvania
              195269998
          4144060226 -0097
01/30/2007   (610)562-7812      12:13:00 PM
------------------------------------------------
              Sales Receipt
Product          Sale  Unit
Description      Qty   Price        Final
                                    Price
------------------------------------------------
WASHINGTON DC 20530                  $2.07
First-Class
7.50 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70060810000143634799
                                    ========
  Issue PVI:                         $6.32

Photo/Doc        1    $1.99          $1.99
Mlr 9.5x12.5
- RP
Photo/Doc        1    $1.99          $1.99
Mlr 9.5x12.5
- RP
WASHINGTON DC 20001                  $2.07
First-Class
7.50 oz.
  Return Rcpt (Green Card)           $1.85
  Certified                          $2.40
  Label #:       70060810000143634782
                                    ========
  Issue PVI:                         $6.32


Total:                              $16.62

Paid by:
Cash                                $20.00
Change Due:                         -$3.38

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to
USPS.com/clicknship to print shipping
labels with postage.  For other
information call 1-800-ASK-USPS.
Bill#: 1000300812558
Clerk: 02


  All sales final on stamps and postage.
  Refunds for guaranteed services only.
     Thank you for your business.
           Customer Copy
```

