UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUN 1 9 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STACY DAVENPORT, *et al*,  )
                           )
        Plaintiffs,        )
                           )
    v.                     )   Civil Case No. 07cv56 (RJL)
                           )
UNITED STATES,             )
                           )
        Defendants.        )
                           )

**ORDER**
(June 18, 2007)

Pending before the Court is Defendants' Motion to Dismiss, which was filed on June 4, 2007. Because a ruling on defendants' motion may dispose of the case, plaintiff is advised of his obligation under the Federal Rules of Civil Procedure and the local rules of this Court.

In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise *pro se* litigants of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is hereby

**ORDERED** that plaintiff shall respond to the Defendants' motions within 14 days of this Order. If the plaintiff fails to respond, the Court may treat the motions as conceded and dismiss the complaint against the defendants.

**SO ORDERED.**

_____
RICHARD J. LEON
United States District Judge