UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

JUL 2 4 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| STACY DAVENPORT, *et al*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civ. Action No. 07cv56 (RJL) |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendants. ) | |

## FINAL JUDGMENT

For the reasons set forth in the Memorandum Opinion entered this date, it is, this 21st day of July 2007, hereby

**ORDERED** that [#6] Defendant's motion to dismiss is GRANTED;

**SO ORDERED.**

RICHARD J. LEON
United States District Judge